## A00A2566. FEW v. CAPITOL MATERIALS, INC.
### (562 SE2d 853)

ELDRIDGE, Judge.

In *Few v. Capitol Materials,* 247 Ga. App. 93 (543 SE2d 102) (2000), we affirmed the trial court's grant of summary judgment to Capitol. The Supreme Court granted certiorari and, in *Few v. Capitol Materials,* 274 Ga. 784 (559 SE2d 429) (2002), reversed this Court's judgment. Our judgment in this case is therefore vacated, the judg-

[1] 274 Ga. 805 (560 SE2d 21) (2002).
[2] 248 Ga. App. 668 (548 SE2d 407) (2001).

ment of the Supreme Court is made the judgment of this Court, and the trial court's judgment is reversed.

*Judgment reversed. Blackburn, C. J., and Barnes, J., concur.*

DECIDED MARCH 29, 2002.

*King & Croft, Terrence L. Croft*, for appellant.
*Rachelson & White, Ira L. Rachelson*, for appellee.